ELLA KEENEY, as Administratrix of the Estate of CHARLES KEENEY, Deceased, Respondent, *v.* JESSE G. NEWTON, Appellant.

(Argued February 28, 1933; decided March 14, 1933.)

*Arthur T. Pammenter* for appellant.

*H. E. Simpson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.

ARTHUR P. JACKSON, Appellant, *v.* STATE OF NEW YORK, Respondent.

(Submitted March 13, 1933; decided March 15, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 261 N. Y. 134.)